UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 6 - 2012
Clerk, U.S. District and
Bankruptcy Courts

Debbie Walters and Max Walters,
   Petitioners,

v.

The People's Republic of China,
   Respondent.

Case No. 1:01-mc-00300-JDB/DAR

## ORDER

Pursuant to Judgment Creditors Debbie Walters' and Max Walters' Motion for Judgment Debtor Examination or, Alternatively, for an Order Requiring Payment of Outstanding (n), Judgment, Local Civil Rule 72.1(b)(b) Federal Rule of Civil Procedure 69(a), ~~District of Columbia Superior Court Rule of Civil Procedure 69 I(b), Defendant~~/Judgment Debtor the People's Republic of China (the "PRC") is hereby Ordered, under penalty of contempt of Court, to appear before this Court on Thursday, April 26, 2012 at 9:30 a.m. to be examined by a United States Magistrate Judge on matters pertaining to payment of the Final Judgment entered against the PRC on October 22, 1996 by the United States District Court for the Western District of Missouri in *Debbie Walters and Max Walters v. Century International Arms, Inc., et al.*, Case No. 93-5118-CV-SW-1, which Judgment was registered in and made a judgment of this Court on July 16, 2001.

No later than April 16, 2012, a copy of the documents listed on Exhibit A hereto, shall be ~~provided to the Clerk of Court and to~~ served upon Charles H. Camp, Esquire, counsel to the Walters, at 1319 18th Street, N.W., Washington, D.C. 20036; telephone (202) 457-7786; and fax (202) 457-7788.

~~The PRC is hereby Ordered to transfer to the Walters (though his above-referenced counsel) such funds (payable in U.S. Dollars) as are necessary to satisfy the Judgment by not later than Friday, June 25, 2010. Satisfaction of the Judgment prior to the judgment debtor examination shall moot the need for the judgment debtor examination.~~

This Order shall be served by counsel for Petitioners upon the PRC (via its Ambassador to the United States Zhang Yesui and the PRC Ministry of Justice) by Federal Express and International First Class U.S. Mail.

Deborah A. Robinson
United States Magistrate Judge

Copies to:

Ambassador Zhang Yesui
Embassy of The People's Republic of China
3505 International Place, NW
Washington, DC 20008

The Ministry of Justice
The People's Republic of China
Department of Judicial Assistance and Foreign Affairs
Division of Judicial Assistance
10, Chaoyangmen Nandajie
Chaoyang District
Beijing 100020

Charles H. Camp
Law Offices of Charles H. Camp
1319 18th Street, N.W.
Washington, D.C. 20036

## Exhibit A

## DOCUMENTS TO BE PRODUCED PRIOR TO EXAMINATION

## INSTRUCTIONS, DEFINITIONS, AND DOCUMENTS REQUESTED

1. All documents are to be produced that are within the knowledge, possession or control of you or in the possession of yourself, your agents and attorneys, or appearing in your records.

2. "Bank Accounts" means any accounts of any kind, including a savings, checking, money market, or other account, regardless of how titled, named or designated, wholly, jointly or otherwise partially owned, controlled, maintained or otherwise utilized at any banking or financial institution (including Internet banks or financial institutions) located anywhere in the world.

3. "Financial Accounts" means any sort of accounts anywhere in the world wholly, jointly or otherwise partially owned, controlled or utilized (and regardless of how the account is titled, named or designated) to make investments, deposit funds, buy, sell, trade or maintain ownership of stocks, options, futures, puts, calls, bonds, mutual funds or other securities of any type (whether or not registered or restricted) and whether or not directly or indirectly controlled by or through a financial intermediary such as a banker, broker, or trustee.

4. All documents identifying property, including money, in the United States currently owned by the PRC that is or at any time was used by the PRC for a commercial activity in the United States.

5. All documents identifying property, including money, in the United States that is or at any time was used by the PRC for the design, manufacture, export, import, distribution

and/or sale within the United States of small arms and ammunition, including SKS rifles and ammunition.

6. All documents identifying property, including money, of every PRC agency and instrumentality engaged in a commercial activity in the United States.

7. All documents pertaining to the PRC's design, manufacture, export, import, distribution and sale within the United States of the SKS rifle bearing serial number 260078044, which is the rifle determined by the Court to have killed Kale Ryan Walters.

8. All documents pertaining to the design, manufacture, export, import, distribution and sale by the PRC within the United States of small arms and ammunition, including SKS rifles and ammunition.

9. All documents pertaining to the design, manufacture, export, import, distribution and sale within the United States of small arms and ammunition, including SKS rifles and ammunition, by PRC agency or instrumentality China North Industries Corp., commonly known as "NORINCO."

10. All documents pertaining to the design, manufacture, export, import, distribution and sale within the United States of small arms and ammunition, including SKS rifles and ammunition, by any PRC agencies or instrumentalities other than NORINCO.

11. All documents, including bank statements, identifying Bank Accounts and Financial Accounts in the United States currently directly or indirectly controlled by the PRC containing money or other property owned by the PRC used for a commercial activity in the United States.

12. All documents identifying commercial activities carried on in the United States by the PRC.

13. All documents pertaining to organizations and businesses owned and/or controlled by the PRC in the United States.

14. All documents pertaining to NORINCO's commercial activities in the United States.

15. All documents pertaining to PRC agencies and instrumentalities engaged in commercial activities related in any way to the design, manufacture, export, import, distribution and sale within the United States of small arms and ammunition, including SKS rifles and ammunition.

16. All non-privileged documents, including communications, pertaining to *Debbie Walters and Max Walters v. Century International Arms, Inc., et al.*, Case No. 93-5118-CV-SW-1, and/or the enforcement of the Judgment entered against the PRC in that case.