# 中 华 人 民 共 和 国 司 法 部
## Ministry of Justice, People's Republic of China
No. 6, Chaoyangmen Nandajie, Chaoyang District, Beijing 100020, China
Tel: +86 10 6515 3113   Fax: +86 10 6515 3144

---

To:

United States District Court for the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001
The United States

*LET THIS BE FILED*
*Deborah A. Robinson*
*U.S. Magistrate Judge*
*4/26/12*

Beijing, April 9, 2012
Your Case. No.: 1: 01-mc-00300
Our Ref. No.: 2012-SXH-29

The International Legal Cooperation Center of the Ministry of Justice of the People's Republic of China presents its compliments to the United States District Court for the District of Columbia.

Regarding the Debbie Walters and Max Walters case, an order issued by Judge Deborah A. Robinson on 6 March was recently received by the Ministry of Justice of China. The Chinese side is dissatisfied and firmly opposed to the above-mentioned order, and expresses its grave concern on the negative consequences that the case will cause if it continues to develop, and hereby reaffirms that:

1. According to international law, China, as a sovereign state, enjoys sovereign immunity. Sovereign immunity is a long established principle of international law based on which, unless a state explicitly waives its jurisdictional immunity, no court in another state shall accept and hear any lawsuit against the former, nor shall the court exercises any execution against the property of that state, China is by no means related to the case, and has never accepted the jurisdiction of US courts. Neither has China ever accepted the so-called default judgment against it entered by the US court in 1996. Any attempt of the plaintiffs to execute the state property of China is against the international law. The order issued by the United States District Court for the District of Columbia violates the sovereign immunity of China.

2. The Chinese Ambassador to the United States enjoys the diplomatic privileges and immunities and is exempt for any judicial services, including the service on the third party via him. The above-mentioned order constitutes a serious violation of the diplomatic privileges and immunities of the Chinese Ambassador and may disrupt the normal performance of this duty. The Chinese side is

strongly opposed to it.

3. According to the reservation China has made when it acceded to the Hague Service Convention, it is illegal and invalid for any party or court of a foreign country to serve the judicial documents by mailing them into China.

Please be noted that the above-mentioned order sent by the counsel of the petitioners has been rejected and returned to the counsel by the Ministry. Attached please find a copy of the letter issued by the Ministry to the law office of Charles H. Camp.

The International Legal Cooperation Center of the Ministry of Justice of the People's Republic of China avails itself of this opportunity to renew to the United States District Court for the District of Columbia the assurance of its highest consideration.



International Legal Cooperation Center
Ministry of Justice of the People's Republic of China

Contact: Li Zhiying (Ms.)
Tel: 86 10 6515 3113
Fax: 86 10 6515 3144
Email: ivylee319@vip.sina.com

中 华 人 民 共 和 国 司 法 部

**Ministry of Justice, People's Republic of China**

No. 6, Chaoyangmen Nandajie, Chaoyang District, Beijing 100020, China
Tel: +86 10 6515 3113   Fax: +86 10 6515 3144

---

Beijing, April 9, 2012
2012-SXH-28

LAW OFFICE OF CHARLES H. CAMP
1319 Eighteenth street, N.W.,
Washington, D.C. 20036
U.S.A.

The Request for service of documents of the above printed law office has been received.

It is regretful to return the request because it does not comply with the provisions of the *Hague Convention on the Service abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* (hereinafter referred to as the Convention), and the *Declaration* made by the People's Republic of China at the time of its accession. The specific reasons for the return are as follows (the item/items below which is/are marked with X):

(  ) The address of the person to be served upon is not sufficiently provided
     (Paragraph 2 of Article 1).
(  ) The form of the Request does not conform to the model annexed to the
     Convention (Paragraph 1 of Article 3).
(  ) The terms in the Request are not written in the languages specified by the
     Convention (Article 7).
(  ) The Request and the documents to be served are not furnished in duplicate
     (Paragraph 2 of Article 3).
(  ) The documents to be served are not written in, or translated into Chinese
     (Article 5).
(  ) The case relating to the request does not fall into the scope of the Convention
     (Paragraph 1 of Article 1).
(X) The execution of the request would infringe the sovereignty or security of the
     People's Republic of China (Article 13).
(  ) Others:

International Legal Cooperation Center
Ministry of Justice
People's Republic of China

Contact: Li Zhiying (Ms.)
Tel: +86 10 6515 3113   Fax: +86 10 6515 3144    Email: ivylee319@vip.sina.com