UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Debbie Walters and Max Walters, | ) |
| Plaintiffs/Judgment Creditors, | ) |
| v. | ) Case No. 1:01-mc-00300-JDB-DAR |
| The People's Republic of China, | ) |
| Defendant/Judgment Debtor. | ) |

## ORDER RENEWING FINAL JUDGMENT

Upon consideration of Plaintiffs/Judgment Creditors Debbie Walters' and Max Walters' (the "Walters") Motion to Renew Judgment filed July 12, 2013, seeking to motion to renew their Final Judgment against The People's Republic of China, which Final Judgment was issued October 22, 1996, by the United States District Court for the Western District of Missouri, and registered in, and made a final judgment of this Court on July 16, 2001, it is hereby:

**ORDERED** that said Motion is GRANTED; and further ORDERED that pursuant to D.C. Code Section 15-101, the Walters' Judgment against The People's Republic of China is hereby renewed for twelve years commencing July 15, 2013.

**SO ORDERED.**

_____
Deborah A. Robinson
United States Magistrate Judge

DATE: July 19, 2013,

nunc pro tunc to July 12, 2013

Case 1:01-mc-00300-JDB-DAR   Document 20   Filed 07/19/13   Page 2 of 2

**Serve:**

Ministry of Justice
The People's Republic of China
No. 6, Chaoyangmen Nandajie
Chaoyang District
Beijing 100020
The People's Republic of China

Charles H. Camp
Law Offices of Charles H. Camp, P.C.
1025 Thomas Jefferson Street, N.W.
Suite 115G
Washington, D.C. 20007

Order for Contempt against the PRC – Page 2