# 中 华 人 民 共 和 国 司 法 部

## Ministry of Justice, People's Republic of China

No. 6, Chaoyangmen Nandajie, Chaoyang District, Beijing 100020, China
Tel: +86 10 6515 3113   Fax: +86 10 6515 3144

Beijing, March 3, 2014
2014-SXH-38

LAW OFFICE OF CHARLES H. CAMP
1025 Thomas Jefferson Street, N.W., Suite 115G
Washington, D.C. 20007
U.S.A.

Case No. 1:9-mc-00300
JDB/DAR

The Request for service of documents of the above printed law office has been received.

It is regretful to return the request because it does not comply with the provisions of the *Hague Convention on the Service abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters* (hereinafter referred to as the Convention), and the *Declaration* made by the People's Republic of China at the time of its accession. The specific reasons for the return are as follows (the item items below which is are marked with X).

(   ) The address of the person to be served upon is not sufficiently provided (Paragraph 2 of Article 1).

(   ) The form of the Request does not conform to the model annexed to the Convention (Paragraph 1 of Article 3).

(   ) The terms in the Request are not written in the languages specified by the Convention (Article 7).

(   ) The Request and the documents to be served are not furnished in duplicate (Paragraph 2 of Article 3).

(   ) The documents to be served are not written in, or translated into Chinese (Article 5).

(   ) The case relating to the request does not fall into the scope of the Convention (Paragraph 1 of Article 1).

(X) The execution of the request would infringe the sovereignty or security of the People's Republic of China (Article 13).

(   ) Others:

International Legal Cooperation Center
Ministry of Justice
People's Republic of China

Contact: Li Zhiying (Ms.)
Tel: +86 10 6515 3113   Fax: +86 10 6515 3144   Email: ivylee319@vip.sina.com

United States District Court for the District of Columbia

RECEIVED
Mail Room

MAR 14 2014